IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.: 12-CA-3751-08-K

MANH VAN TRAN

vs.

JAMES M. LEISING and
ELCON, INC., a foreign corporation

    Defendant(s).

_____/

## COMPLAINT

Plaintiff, MANH VAN TRAN by and through his undersigned attorney, sues the Defendants, JAMES M. LEISING, individually and ELCON INC., a foreign corporation, and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages which exceed the sum of Fifteen Thousand Dollars ($15,000.00).

2. At all times material hereto, Plaintiff, MANH VAN TRAN, was a resident of Sanford, Seminole County, Florida.

3. At all times material hereto, Defendant, JAMES M. LEISING, was a resident of Orlando, Orange County, Florida.

4. At all times material hereto, Defendant, ELCON, INC., was a foreign corporation with its registered offices located in Batavia, New York.

5. At all times material hereto, Defendant, ELCON, INC, was licensed to conduct business in Florida.


EXHIBIT A

6. On or about September 30, 2008, Plaintiff, MANH VAN TRAN, was the owner and operator of a 1995 Toyota Camry bearing vehicle identification number 4T1GK12E4SU112766 traveling on SR 434 and Great Pond Drive in Altamonte Spring, Seminole County, Florida.

## COUNT I

## Claim AS TO JAMES M. LEISING

Plaintiff, MANH VAN TRAN, realleges and incorporates the allegations contained in paragraphs 1-6 of this Complaint, as though fully set forth herein, and further alleges:

7. On or about September 30, 2008, Defendant, ELCON, INC., was the owner of a 2005 Chevrolet C1500 Silverado bearing vehicle identification number 2GCEC19411373579.

8. On or about September 30, 2008, Defendant, JAMES M. LEISING, was the operator of a 2005 Chevrolet C1500 Silverado bearing vehicle identification number 2GCEC19411373579 with the express or implied consent of Defendant, ELCON, INC., traveling on SR 434 and directly behind Plaintiff, Manh VAN TRAN, in Altamonte Spring, Seminole County, Florida.

9. On or about September 30, 2008, Defendant, JAMES M. LEISING, negligently and carelessly operated and maintained the 2005 Chevrolet C1500 Silverado bearing vehicle identification number 2GCEC19411373579 on SR 434 and Great Pond, so that it collided with the 1995 Toyota Camry bearing vehicle identification number 4T1GK12E4SU112766 being driven by Plaintiff, MANH VAN TRAN.

10. On or about September 30, 2008, Defendant, JAMES M. LEISING, while operating the 2005 Chevrolet C1500 Silverado bearing vehicle identification number

2GCEC19411373579 on SR 434 and Great Pond failed to exercise reasonable caution and carelessly collided with the 1995 Toyota Camry bearing vehicle identification number 4T1GK12E4SU112766 being driven by Plaintiff MANH VAN TRAN.

11. As a direct and proximate result of the foregoing negligence Plaintiff, MANH VAN TRAN, was injured in and about his extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money. Plaintiff's, MANH VAN TRAN, injuries are permanent, with a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, MANH VAN TRAN, demands judgment for damages in excess of Fifteen Thousand Dollars ($15,000.00) against Defendants, ELCON, INC., and JAMES M. LEISING, for damages, applicable interest, costs of bringing this action, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

### Count II

### VICARIOUS LIABILITY OF ELCON, INC. a foreign corporation

Plaintiff, MANH VAN TRAN, realleges and incorporates the allegations contained in paragraphs 1-6 of this Complaint, as though fully set forth herein, and further alleges:

12. At all times material to this cause of action, Defendant, JAMES M. LEISING, was an agent, servant, employee or officer of Defendant, ELCON, INC., acting within the course and scope of his employment. Therefore, Defendant, ELCON, INC., a foreign corporation, is vicariously liable for defendant, JAMES M. LEISING, as alleged in Count I above.

3

13. As a direct and proximate result of the foregoing negligence Plaintiff, MANH VAN TRAN, was injured in and about his extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money. Plaintiff's, MANH VAN TRAN, injuries are permanent, with a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, MANH VAN TRAN, demands judgment for damages in excess of Fifteen Thousand Dollars ($15,000.00) against Defendants, ELCON, INC., a foreign corporation, and JAMES M. LEISING, for damages, applicable interest, costs of bringing this action, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

DATED at Orlando, Orange County, Florida this 23rd day of July, 2012.

JUAN C. BARRENO, ESQUIRE
Florida Bar No. 0095518
Payas, Payas & Payas, LLC
12934 Deertrace Avenue
Orlando, Florida 32837
T.407.847.4071
F.407.425.1254
Attorney for Plaintiff

4