UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MANH VAN TRAN,**

        **Plaintiff,**

**v.**                                             **Case No:  6:12-cv-1872-Orl-36KRS**

**JAMES M. LEISING and ELCON, INC.,**

        **Defendants.**

_____/

**O R D E R**

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice to Plaintiff (Doc. 53).  In accord with the Stipulation for Voluntary Dismissal With Prejudice to Plaintiff, it is **ORDERED AND ADJUDGED** as follows:

1)  The Stipulation for Voluntary Dismissal With Prejudice to Plaintiff is **APPROVED** (Doc. 53).

2)  This cause is dismissed, with prejudice.

3)  The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on October 2, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record